Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of _Eastern District of New York_

Division

Stephen LoCurto
Stephanie Hoefling
Michael LoCurto

Case No. **CV 23-0387**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Gujarati, J.

United States Bureau of Prisons,
Metropolitan Detention Center
Brooklyn, New York

Bulsara, M.J.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                Stephen LoCurto  #58095-053
Street Address      80 29th Street
City and County     P.O. Box 329002  Brooklyn
State and Zip Code  New York  11232
Telephone Number
E-mail Address

"See Attached" "A"

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      Bureau of Prisons

Job or Title *(if known)*      (BOP)

Street Address      320 1rst Street NW

City and County      Washington

State and Zip Code      DC 20534

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name      Metropolitan Detension Center

Job or Title *(if known)*      (MDC)

Street Address      80 29th Street

City and County      BOX 329001 Brooklyn

State and Zip Code      New York 11232

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name      OIC Hernandez

Job or Title *(if known)*      (OIC) Officer in Charge

Street Address      80 29th St. P.O. BOX 329001

City and County      West SHU Brooklyn

State and Zip Code      New York 11232

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name      W. Santiago

Job or Title *(if known)*      Corrections Officer (Ret.)

Street Address      80 29th Street

City and County      P.O. BOX 329001 Brooklyn

State and Zip Code      New York 11232

Telephone Number

E-mail Address *(if known)*

SEE Attached "B"

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            □ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 1959 (A)(1) Murder, Attempted Murder
18 USC 1959 (A)(5) Conspiracy to Murder

*Institutional Remedies Completed

### B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

_____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy $ 100,000,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

One hundred million dollars and zero cents
Due to the seriousness of the claims

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

While in the East SHU at MDC Brooklyn on 1/15/21 my food was poisoned, where I passed out until 1/18/21. I was then transferred to Lutheran Hospital, NYU Langone where other attemps were made on my life, and at one point I did flatline and die. A call/email was made to the FBI by my doctor and my occupational therapist to notify them about the attempt on my life. Discovery enclosed A, B, and C.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stephen LoCurto is entitled to 50% due to actual pain as well as deformity as well as punitive damages for mental anguish.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_Stephanie Hoefling and Michael LoCurto are entitled to 25% each for punitive damages caused by mental anguish of their fathers suffering._

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/11/23

Signature of Plaintiff     _/s/ Stephanie Hoefling /s/ Michael LoCurto_
Printed Name of Plaintiff     Stephen LoCurto, Stephanie Hoefling, Michael LoCurto

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

Attachment "A"

Plantiffs

Stephanie Hoefling
85 Hasbrouck Rd
Hurleyville
New York 12747

Michael LoCurto
45 Jamie Ct.
Suffern
New York, 10901

Attachment "B"

Defendants

* 5  O. Martinez
Corrections Officer
80 29th Street
West SHU BOX 329001
Brooklyn, New York 11232

* 6  LT. Lidaher
Lieutanant/Corrections Officer
80 29th Street
Unit 41 BOX 329001
Brooklyn, New York 11232

EX A

4/9/21

BRO-1330.13E

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _LoCurto, Stephen_   REG. NO. _5P095053_ UNIT: _71/SHU_

Specific Issue Needing Resolution: _While in the East S.H.U. from_
_12/12/20 - 1/15/21 my food was poisened_

Explain, in detail the issue: _The near fatal attempt was Friday 1/15/21_
_at lunch time. I continued to yell for help and hit the emergency_
_button, which was turned off. I did not recieve medical attention_
_until sat. 1/16/21 where I was rushed to the hospital. I was taken from_
_Rehab to soon._

Inmate Signature _Stephen LoCurto_   Date _4/6/21_

### TO BE COMPLETED BY COUNSELOR

Date Received: _4/8/21_

Action taken: _To date there has been no response_
_to the appropriate department_
_issue_

COUNSELOR SIGNATURE _V. Williams_   DATE _4/14/21_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received: _____

Unit Manager Signature: _____ Date: _____

Extension Granted: _____ Date Due: _____

Reason for Extension: _____

UNIT MANAGER APPROVAL: _____   DATE: _4/15/21_

Part A

Page 2 of 3

Some of the officers were, Hernandez, Lee, Lamour, Valentin, and others throughout the next 2 shifts. At one point throughout the night, I even saw officers ducking down when they passed my window of my cell. I didn't sleep and continued to yell and scream "please help me" "I'm dying" and hit the button all night long. Only after I tried the button on 1/16/21 and it did work was medical called. When I hit the button that time, C.O. Valentin said "why did you do that" "they are coming". Then I said "you guys have been saying that since yesterday" that is when O.I.C. Gonzalez called medical. I was rushed to the 3rd floor medical unit and then rushed to the emergency room at N.Y.U. Langone.

It is quite obvious by what is written above that M.D.C. personnel exhibited "negligence, gross negligence, recklessness and deliberate indifference with respect to my health and safty" These personnel stated and others, were "negligently hired, retained and supervised" by their superior officers and administrative personnel.

"It was foreseeable that I would sustain serious, and permanet bodily injuries, pain and suffering and loss of enjoyment of life due to M.D.C. personnel ignoring my serious and progressive medical condition

52.

Part A

Page 3 of 3

I have been here at M.D.C for 8 years this time, with many months in the S.H.U. All the staff know I don't complain, or give them a hard time. Prior to the near fatal attempt on my life on 1/15/22 I told my primary care provider MS. Gina Duncan F.N.P. that my food was poisoned. At other times my food was poisoned, not as strong, and I was able to flush it out. The dates I was poisoned were, 11/18/22, 11/20/22, 11/22/22, 12/1/22 1/6/22, 1/14/22 and 1/15/22. Some of the poisoners were, OIC Hernandez, (Big) Gonzalez, C.O Vasquez Hot. on Recreation and shower officer, C.O. Henderson and others.

calixte

Stephen Colarto
# 58095-053

Remedy Number 1079878-F2
Locurto, Stephen
Reg. No. 58095-053

This is in response to your Request for Administrative Remedy
dated May 1, 2021. You stated that while you were housed in the
East Special Housing unit, your lunch meal was poisoned by staff.
Specifically, you stated you observed a staff member bring you a
no flesh lunch tray directly from the office. You further
alleged that when you consumed your lunch meal, you became
extremely ill. You stated when you became ill, you depressed the
emergency call button in your cell for assistance, but staff
ignored your call. You claimed staff turned off the call bell in
your cell. You stated you were rushed to the local hospital the
next day.

All allegations of staff misconduct are taken seriously. Your
allegation has been referred to the appropriate department for
further review. However, you will not be informed of the outcome
of any staff investigation.

If dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, Northeast Regional
Office, U.S. Customs House, 2nd and Chestnut Street,
Philadelphia, PA. 19106. Your appeal must be received in the
Regional Office within 20 calendar days from the date of this
response.


_____        _____5 - 2 4 - 2021_____
Heriberto H. Tellez, Warden                      Date


7019 2280 0001 0385 8954

5/28/21

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

4/17/21 (nw)      Part A      Page 1 of 3

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: LoCurto Stephen    58095-053    E.A (61)    M.D.C Bklw

     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - INMATE REQUEST**

ON Friday 1/15/21 at lunch time, while located in the East SHU Range #1 Cell #2, which was located in front of the OIC's office and the 2 way mirror, my food was poisoned. This was done by OIC Hernandez who passed my no-flesh tray to CO. Lee, who brought me my food directly from the office. The Pain, unbearable pain started right away, I then continued to yell and scream for help. I then saw OIC Hernandez walk quickly past my cell towards the other end of the range, I then started to throw up, at this time I started to hit the emergency call button. When it didn't work, I realized, OIC Hernandez turned it off. Many officers heard me screaming in pain.

5/1/21
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____      _____
DATE      WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: 1079878-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**      CASE NUMBER: 1079878 F1 F2

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____      _____
DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER      BP-229(13)
APRIL 1982



## REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 8, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
    · BROOKLYN MDC

TO   : STEPHEN LOCURTO, 58095-053
       BROOKLYN MDC     UNT: I     QTR: I01-601L
       P.O. BOX 329001
       BROOKLYN,   NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1083829-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : JUNE 8, 2021
SUBJECT 1        : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS         : BOP DOES NOT INVESTIGATE OUTSIDE ENTITIES

7019 0160 0000 0697 3573



Given to Inmate on
5/10/21

BRO-1330.18c
ATTACHMENT I

ATTEMPT AT INFORMAL RESOLUTION
(REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, Administrative Remedy Program, dated January 6, 2014, requires inmates attempt to informally present their complaint to a staff member and allow the staff member to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229 (13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229 (13) form.

TO BE COMPLETED BY INMATE:
Inmate's Name: _Lolureto, Stephen_  Reg. No: _58095-053_  Unit: _I B (61)_

1. Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy):
_While dying in the ICU unit at NYU Langone, hospital, staff called the FBI on 2 COs one was hiding in the wall behind my bed, and one was outside of my room._

2. What resolution is requested/expected:
_A full and complete investigation_

TO BE COMPLETED BY STAFF:
3. Date/Time Complaint Received from Inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response:
Allegations of staff misconduct will not be taken lightly. Any staff accused of misconduct will be thoroughly investigated. As the results of the investigation you will not be made aware of due to the Privacy Act of 1974. PS2211.12. If you feel that this response does not satisfy you, you are encourage to take the next step in the Administrative Remedy Process.

6. Date Administrative Remedy Provided: _____

7. Informal Resolution was/was not accomplished.

_[signature]_   _58095-053_   _5/13/21_
Inmate's Signature/Register Number                          Date

Captain Houtz                                              05-13-2021
Staff Member's Name and Title                              Date

A. Williams                                               05-13-2021
Unit Manager's Signature                                  Date

Distribution: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return them both to unit staff, who will forward to the Administrative Remedy Clerk.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 7, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : STEPHEN LOCURTO, 58095-053
      BROOKLYN MDC    UNT: I    QTR: I01-601L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 1079883-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED     : MAY 5, 2021
SUBJECT 1         : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2         :
INCIDENT RPT NO:

REJECT REASON 1:  YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR
                  OTHER AUTHORIZED PERSON.

REJECT REASON 2:  YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                  OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                  NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3:  YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                  ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4:  YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                  LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                  TEXT MUST BE LEGIBLE.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

A.W 6-3-21

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

Ⓑ

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: LoCurto, Stephen      58095-053   IA 61   MDC Bklyn
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　　INSTITUTION

**Part A– INMATE REQUEST**

I am asking for a complete investigation in to what happened to me at NYU Langone, while under the protection of the B.O.P. This BP-9 is timely submitted after the return of prior BP-9 on 6/3/21 remedy # 1079883F1 unit manager Williams hand delivered and initiated this BP-9 on 6/3/21. (see above) 4 copies of the statement of facts are attached to this BP-9. (prior BP-9 resubmitted 5/22/21) An investigation is the only way to varify these facts.

6/3/21
　DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**


RECEIVED JUN 08 2021 BY: BA

---

_____ 　　　　　　　　　　　 _____
DATE　　　　　　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**　　　　　　　CASE NUMBER 1083829-F1

CASE NUMBER 1083829-F1

**Part C– RECEIPT**

Return to:

U.S. DEPARTMENT OF JUSTICE  **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **LoCurto, Stephen**                          58095-053          *IA (61)*          **MDC Brooklyn**

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

## Part A– INMATE REQUEST

While dying in the I.C.U. unit at NYU Langone, there was a man in the wall, behind my bed, cursing me, telling me to hurry up and die, pouring soda from bottle to bottle, and playing his ring tone over and over. At same time, there was a man sitting outside of my room, in a small disguise of a sheet and thick black glasses, sexually harassing the female staff of the ICU unit at NYU Langone, physically and verbally. He was also giving signals to the man in the room, behind the wall, when there was no other hospital staff around the outside of my room. While this was going on, I called into my room in the ICU unit, 2 members of my medical team. They were my physical or occupational therapist, who was 6 months pregnant, and my surgeon, who I believe was her husband. They both also heard the man in the wall, and seen the man outside of my room. My physical or occupational therapist, being disgusted with this situation, repeatedly called and e-mailed the FBI. She did eventually speak to someone and make a report. There should be a 302 on record. I later found out, by recognizing CO. O. Martinez when they wheeled me out, for a catscan, that he was the one infront of my door. I realized it was CO W. Santiago behind my bed, inside of the wall, while he was watching me at my undisclosed rehab center. I did this when he kept playing his ringtone, while sitting right behind my bed, at the rehab center. He continued to play his ringtone over and over every time he sat on me at rehab center, in both rooms, to annoy me, and let me know it was him. The next day after the FBI was contacted, the hospital staff came in and they were told it was Debunked, because I was a murderer. To say the least, the hospital staff at the ICU unit, and others, were very upset when they realized that they couldn't make a law suit, after retaining lawyers. One of my nurses was so upset, while cleaning me, she beat me in my ribs and kidny on my right side. She said "some days I have to hurt you." I asked 2 different officers to stay in my room to protect me from being killed. The officers were, case manager Phyars and CO. F. Lopez from CMS. It was CO F. Lopez that actually stayed 16 hours in my room to look out for me. CO F. Lopez is a professional and courteous officer, and it should be notted in his personnel file. It is obvious by what is written above, that the MDC personnel and the staff at NYU Langone exhibit "negligence, gross negligence, recklessness, and deliberate indifference with respect to my health and safety. "These personnel were negligently hired, retained and supervised" by their superior officers and administrative personnel. "It was foreseeable that I would sustain serious and permanent bodily injuries, pain and suffering, and loss of enjoyment of life due to MDC and NYU Langone's personnel ignoring my serious and progressive medical condition.

_5/27/21_                     *Remedy # East*                     _____
DATE                          *1074883-F3*                     SIGNATURE OF REQUESTER
                              *F1*

## Part B– RESPONSE

_____                          _____
DATE                                             WARDEN OR REGIONAL DIRECTOR  *F1*

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                       CASE NUMBER: _1083829-F1_

                                                 CASE NUMBER: _1083829 F1_

## Part C– RECEIPT

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

EX ⓒ

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 8, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : STEPHEN LOCURTO, 58095-053
      BROOKLYN MDC     UNT: I    QTR: I01-601L
      P.O. BOX 329001
      BROOKLYN, NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1083832-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 8, 2021
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS        : BOP DOES NOT INVESTIGATE OUTSIDE ENTITIES

7019 0160 0000 0697 3566



Given to Inmate on

5/10/21

BRO-1330.18c
ATTACHMENT 1

### ATTEMPT AT INFORMAL RESOLUTION
### (REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, Administrative Remedy Program, dated January 6, 2014, requires inmates attempt to informally present their complaint to a staff member and allow the staff member to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229 (13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229 (13) form.

**TO BE COMPLETED BY INMATE:**
Inmate's Name: _Loturte, Stephen_ Reg. No: _58095-053_ Unit: _IA(6?)_

1. Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy): _Between February 1st-6th, while in the ICU unit at NYU Langone and under the protection of the BOP I was murdered by hospital staff, for a meeting pool._

2. What resolution is requested/expected: _Full and complete investigation_

**TO BE COMPLETED BY STAFF:**

3. Date/Time Complaint Received from Inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response: Allegations of staff misconduct will not be taken lightly. Any staff accused of misconduct will be thoroughly investigated. As the results of the investigation you will not be made aware of due to the Privacy Act of 1974, PS2211.12. If you feel that this response does not satisfy you, you are encourage to take the next step in the Administrative Remedy Process.

6. Date Administrative Remedy Provided: _____

7. Informal Resolution was/was not accomplished.

_[signature]_ 58095-053 ___5/13/21___
Inmate's Signature/Register Number                  Date

Captain Houtz                                        05-13-2021
Staff Member's Name and Title                       Date

A. Williams                                          05-13-2021
Unit Manager's Signature                             Date

Distribution: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return them both to unit staff, who will forward to the Administrative Remedy Clerk.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

A-W 6-3-21

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

Ⓒ

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: LoCurto, Stephen    58095-053    IA (6)    MDC Bklyn
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

I am asking for a complete investigation into what happened to me at NYU Langone, while under the protection of the BOP. This BP-9 is timely Submitted after the return of prior BP-9 on 6/3/21 remedy #1079883-F1 Unit Manager Willams hand delivered and initialed this BP 9 on 6/3/21 (See Above) 4 copies of the statement of facts are attached to this BP-9 (prior BP-9 Resubmitted 5/27/21) An investigation is the only way to Varify these facts,

6/3/21
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
JUN 08 2021
BY: BA

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1083832-F1

CASE NUMBER: 1083832-F1

**Part C- RECEIPT**

Return to:

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

(C)

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | LoCurto, Stephen | 58095-053 | IA (61) | MDC Brooklyn |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On February 1st and 2nd 2021, while in the ICU unit of NYU Langone and under the protection of the BOP, I was murdered by hospital staff. There was a young spanish man, who I believe gave me my last cat scan and was unauthorized to give me medicine, who kept on injecting something into my IV line. There was a betting pool, with many people in it, on what time I would die. The Asian man, I believe Chinese Scientist, walked in and said "I need this one." Meaning, he needed money and bad to win. While I was laying there, someone kept calling x-ray into my room, to make believe they were talking x-rays, to bother me, while I was being injected with something that would stop my heart. At one point a lady came into my room and said "can anyone tell me why this guy is still alive?" Sometime later the coroner, who had an afro with gray speckled hair, came in. While standing next to my bed, he said "I already logged him in (me) at 2:23 am or there about. He did this so someone could win. I eventually flatlined, but for a short time my eyes, ears and mind still worked, and I hear the sound of the flat line on my heart monitor. I heard someone say "should we move his body" The Asian man, who seemed to be running things said "no leave him there for a while" I was also still aware when the same young spanish man crouched down behind my right shoulder and took pictures of my dead body. I eventually died a short time later. Sometime later that day, I came back to life, and saw LT/CO Dixon and he told me "you're safe now; we're here to protect you" After that everything was good at NYU Langone, that day, the guilty people came in with a different look by changing hair styles, head dress, and wearing different ID's on their uniforms. When the Asian man came in he said "what's going on here," when he looked right at me. He saw me alive and walked out of the ICU unit quickly and came back with a different look. He originally had on a camoflange bandana on his head. He changed that and his haircut and clothes. The head nurse, a Jamaican or west indian women, who was aware of everything, sat outside of my room, to the left side of my door from my end. For some reason she brought in her large son who was walking around the unit looking at me in bed. I would also like to note that there were very nice and professional people that worked at the ICU Unit. It is obvious by what is written above, that the MDC personnel and staff at NYU Langone exhibited "negligence gross negligence, recklessness, and deliberate indifference with respect to my health and safety." These personnel were "negligently hired, reained and supervised by the their superior officers and administrative personnel." It was foreseecable that I would sustain serious and permanent bodily injuries, pain and suffering, and loss of enjoyment of life, due to MDC and NYU Langone's personnel ignoring my serious and progressive medical condition

Remedy # Case
1079882- FY
F1

| 5/27/21 | | |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 1083832 – F1

**Part C– RECEIPT**

CASE NUMBER: 1083832- F1

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | |
|---|---|---|

USP LVN

BP-229(13)

Stephen LoConte #87805-053
MDC Brooklyn
PO Box 329002
Bklyn NY 11232

Pro
C
Easter
225
Brook

Legal mail

* N



SE office
ourt Clerk
n District of New York
Civil court
Cadman PLZ East
lyn  NY 11232

vew