Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Stephen LoCurto
#58095-053

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States Bureau of Prisons,
metropolitan Detension Center
Brooklyn, New York

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-CV-00387
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☒ Yes   ☐ No

RECEIVED
AUG 31 2023
PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if
        needed.
        Name                    Stephen LoCurto #58095-053
        Street Address          80 29TH Street
        City and County         PO BOX 329002
        State and Zip Code      Brooklyn, New York 11232 11232
        Telephone Number
        E-mail Address

   B.   **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation. For an individual defendant,
        include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name — Bureau of Prisons
    Job or Title *(if known)* — (BOP)
    Street Address — 320 1st Street NW
    City and County — Washington
    State and Zip Code — DC 20534
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name — Metropolitan Detention Center
    Job or Title *(if known)* — (MDC)
    Street Address — 80 29th Street
    City and County — Box 329001 Brooklyn
    State and Zip Code — New York 11232
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name — OIC Hernandez
    Job or Title *(if known)* — (OIC) Officer in Charge
    Street Address — 80 29th St. PO Box 329001
    City and County — West SHU Brooklyn
    State and Zip Code — New York 11232
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name — W. Santiago
    Job or Title *(if known)* — Corrections officer (RET)
    Street Address — 80 29th Street
    City and County — PO Box 329001 Brooklyn
    State and Zip Code — New York 11232
    Telephone Number
    E-mail Address *(if known)*

    SEE Attached "A"

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 1959 (A)(1) Murder, Attempted Murder
18 USC 1959 (A)(5) Conspiracy to murder
* Institutional Remedies Completed

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $ *100,000,000.00*

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

One hundred million dollars and zero cents
Due to the seriousness of the claims

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While in the East SHU at MDC Brooklyn on 1/15/21 my food was poisned, where I passed out until 1/18/21. I was then transferred to Lutheran Hospital, NYU Langone where other attempts were made on my life, and at one point I did flat line and die. A call/E-mail was made to the FBI by my Doctor and my occupational therpist to notify them about the attempts on my life. Discovery inclosed A, B, and C

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stephen LoCurto is entitled to 100% due to actual pain as well as deformity and punitive damages for mental Anguish.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _8/28/23_____

Signature of Plaintiff    _____ #58095-053____

Printed Name of Plaintiff    _Stephen LoCurto pro se___

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Attachemnt "A"

Defendants

#5   O. Martinez
Corrections Officer
80 29Th Street
West SHU   Box 329001
Brooklyn New York  11232


#6  LT. Lidalier
Lieutanart / Corrections Officer
80 29th Street
Unit 41 Box 329001
Brooklyn, New York  11232

BRO-1330.13E

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _LoCurto, Stephen_ REG. NO. _SP095053_ UNIT: _J1/SHU_

Specific Issue Needing Resolution: _While in the East S.H.U. from_
_10/12/20 - 11/15/21 my food was poisoned_

Explain, in detail the issue: _The near fatal attempt was Friday 11/13/21_
_at lunch time. I continued to yell for help and hit the emergency_
_button, which was turned off. I did not receive medical attention_
_until Sat. 11/6/21 where I was rushed to the hospital._ _I was taken from_
_Rehab to soon._

Inmate Signature _Stephen LoCurto_ Date _4/6/21_

### TO BE COMPLETED BY COUNSELOR

Date Received: _4/8/21_

Action taken: _To date there has been no response_
_.......................................................................issue............_
_......issue_

COUNSELOR SIGNATURE _V. Wallace_ DATE _4/14/21_

### TO BE COMPLETED BY UNIT MANAGER

Informal Resolution Received: _____

Unit Manager Signature: _____ Date: _____

Extension Granted: _____ Date Due: _____

Reason for Extension: _____

UNIT MANAGER APPROVAL: _W. Callahan_ DATE: _4/15/21_

Part A

Page 2 of 3

Some of the officers were, Hernandez, Lee, Lamour, Valentin, and others throughout the next 2 shifts. At one point throughout the Night, I even saw officers ducking down when they passed my window of my Cell. I didn't sleep and continued to yell and scream "please help me" "I'm dying" and hit the button all Night long. Only after I tried the button on 1/16/21 and it did work was medical called. When I hit the button that time, C.O. Valentin said "why did you Do that" "they are coming." Then I said "you guys have been saying that since yesterday" that is when O.I.C. Gonzalez called medical. I was rushed to the 3rd floor medical unit and then rushed to the emergency room at N.Y.U. Langone.

It is quite obvious by what is written above that M.D.C. personnel exhibited "Negligence, gross Negligence, recklessness and deliberate indifference with respect to my health and safety" These personnel stated and others, were "Negligently hired, retained and Supervised" by their superior officers and administrative personnel.

"It was foreseeable that I would sustain serious, and permanent bodily injuries, pain and suffering and loss of enjoyment of life due to M.D.C. personnel ignoring my serious and progressive medical Condition

52.

Part A

Page 3 of 3

I have been here at M.D.C for 8 years this time, with many months in the SHU. All the staff know I don't complain, or give them a hard time. Prior to the near fatal attempt on my life on 11/5/21 I told my primary care provider Ms. Gina Duncan F.N.P. that my food was poisoned. At other times my food was poisoned, not as strong and I was able to flush it out. The dates I was poisoned were, 11/18/20, 11/20/20, 11/22/20, 12/1/20 1/6/21, 1/14/21 and 1/15/21. Some of the poisoners were: OIC Hernandez, (Big) Gonzalez, CO Vasquez

calixte Hat:on Recreation and shower officer, C.O. Henderson and others.

Stephen Locurto
# 58095-053

Remedy Number 1079878-F2
Locurto, Stephen
Reg. No. 58095-053

This is in response to your Request for Administrative Remedy
dated May 1, 2021. You stated that while you were housed in the
East Special Housing unit, your lunch meal was poisoned by staff.
Specifically, you stated you observed a staff member bring you a
no flesh lunch tray directly from the office.  You further
alleged that when you consumed your lunch meal, you became
extremely ill. You stated when you became ill, you depressed the
emergency call button in your cell for assistance, but staff
ignored your call.  You claimed staff turned off the call bell in
your cell. You stated you were rushed to the local hospital the
next day.

All allegations of staff misconduct are taken seriously.  Your
allegation has been referred to the appropriate department for
further review.  However, you will not be informed of the outcome
of any staff investigation.

If dissatisfied with this response, you may appeal to the
Regional Director, Federal Bureau of Prisons, Northeast Regional
Office, U.S. Customs House, 2nd and Chestnut Street,
Philadelphia, PA. 19106.  Your appeal must be received in the
Regional Office within 20 calendar days from the date of this
response.

_____          _____
Heriberto H. Tellez, Warden                    5-24-2021
                                                   Date

7019 2280 0001 0385 8954

5/28/21

U.S. DEPARTMENT OF JUSTICE                                    REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons                    4/17/21 (rw)            Part A          Page 1 of 3

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __LoCurto  Stephen__         __58095-053__    __IA (61)__   __M.D.C Brkln__
       LAST NAME, FIRST, MIDDLE INITIAL.      REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**

ON Friday 1/15/21 at lunch time, while located in the East SHU Range #1 Cell #2, which was located in front of the OIC's office and the 2 way mirror, my food was poisoned. This was done by OIC Hernandez who passed my no-flesh tray to C.O. Lee, who brought me my food directly from the office. The pain, unberable pain started right away. I then continued to yell and scream for help. I then saw OIC Hernandez walk quickly past my cell towards the other end of the range, I then started to throw up, at this time I started to hit the emergency call button. When it didn't work, I realized, OIC Hernandez turned it off.  Many officers heard me screaming in pain.

__5/1/21__                                        __Capt S. Lee__
DATE                                               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_5/12/21_
_5/12/21_

---

_____                    _____
DATE                                WARDEN OR REGIONAL DIRECTOR        F2

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: __1079878-F1__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**                              CASE NUMBER: __1079878 F1/F2__

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.      UNIT          INSTITUTION
SUBJECT: _____

_____                    _____
DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR              PRINTED ON RECYCLED PAPER                          BP-229(13)
                                                                         APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 8, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : STEPHEN LOCURTO, 58095-053
      BROOKLYN MDC      UNT: I    QTR: I01-601L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1083829-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 8, 2021
SUBJECT 1      : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS        : BOP DOES NOT INVESTIGATE OUTSIDE ENTITIES

7019 0160 0000 0697 3573

(B)

Given to Inmate on

 (2A)    5/10/21

BRO-1330.18c
ATTACHMENT I

ATTEMPT AT INFORMAL RESOLUTION
(REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, Administrative
Remedy Program, dated January 6, 2014, requires inmates attempt to informally
present their complaint to a staff member and allow the staff member to
attempt to informally resolve any issue prior to the inmate filing a Request
for Administrative Remedy, BP-229 (13). If informal resolution is unable to
be accomplished, the inmate will be given a BP-229 (13) form.

TO BE COMPLETED BY INMATE:
Inmate's Name: _Loluro Stephen_    Reg. No: _58095-053_    Unit: _I A (6¹)_

1. Complaint (be specific, if related to UDC appeal, specify relevant section
of Inmate Discipline Policy):
_While flying in the ICU unit at NYU Langone_
_hospital, staff called the PBE on 2 EO's me_
_was hidden in the wall behind my bed, and one was outside of my room_

2. What resolution is requested/expected:
_A Full and Complete Investigation_

TO BE COMPLETED BY STAFF:
3. Date/Time Complaint Received from Inmate: _____

4. Date/Time Informally discussed with inmate: _____

5. Staff Response:
Allegations of staff misconduct will be taken lightly. Any staff accused of misconduct will be thoroughly investigated.
As the results of the investigation you will not be made aware of due to the Privacy Act of 1974; PS2211.12.
If you feel that this response does not satisfy you, you are encourage to take the next step in the Administrative Remedy Process.

6. Date Administrative Remedy Provided: _____

7. Informal Resolution was/was not accomplished.

_[signature]_    58095-053                    5/18/21
Inmate's Signature/Register Number                    Date

Captain Houtz                                        05-13-2021
Staff Member's Name and Title                        Date

A. Williams                                          05-13-2021
Unit Manager's Signature                             Date

Distribution: If the complaint is informally resolved before being receipted, the
Correctional Counselors shall maintain the informal resolution form for future
reference. If the complaint is not informally resolved, attach the original informal
resolution form to the BP-9, and return them both to unit staff, who will forward to
the Administrative Remedy Clerk.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 7, 2021


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC


TO  : STEPHEN LOCURTO, 58095-053
      BROOKLYN MDC    UNT: I    QTR: I01-601L
      P.O. BOX 329001
      BROOKLYN,  NY 11232



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1079883-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MAY 5, 2021
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR
                 OTHER AUTHORIZED PERSON.

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY.  OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.




*returned twice   6/3/21*

A.W. 6-3-21

UNICOR FEDERAL PRISON INDUSTRIES

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons



**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: LoCurto, Stephen          58095-053      I A (1)    MDC Bklyn
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.     UNIT     INSTITUTION

**Part A – INMATE REQUEST**

I am asking for a complete investigation in to what happened to me at NYU Langune, while under the protection of the B.O.P. This BP-9 is timely submitted after the return of prior bp-9 on 6/3/21 Remedy # 1074883F1 Unit manager Williams hard delivered and initiated this BP-9 on 6/3/21. (see above) 4 Copies of the statement of facts are attached to this BP-9. (prior BP9 Resubmitted 5/27/21) An investigation is the only way to verify these facts.

6/3/21
DATE                             SIGNATURE OF REQUESTER

**Part B – RESPONSE**

RECEIVED
JUN 08 2021
BY: BA

 

DATE                                        WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER 1083829-F1

                                            CASE NUMBER 1083829-F1

**Part C – RECEIPT**

Return to:

DEPARTMENT OF JUSTICE                                          REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **LoCurto, Stephen**              **58095-053**        **IA (6.1)**        **MDC Brooklyn**
　　　 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT              INSTITUTION

### Part A– INMATE REQUEST

While dying in the I.C.U. unit at NYU Langone, there was a man in the wall, behind my bed, cursing me, telling me to hurry up and die, pouring soda from bottle to bottle, and playing his ring tone over and over. At some time, there was a man sitting outside of my room, in a small disguise of a sheet and thick black glasses, sexually harassing the female staff of the ICU unit at NYU Langone, physically and verbally. He was also giving signals to the man in the room, behind the wall, when there was no other hospital staff around the outside of my room. While this was going on, I called into my room in the ICU unit, 2 members of my medical team. They were my physical or occupational therapist, who was 6 months pregnant, and my surgeon, who I believe was her husband. They both also heard the man in the wall, and seen the man outside of my room. My physical or occupational therapist, being disgusted with this situation, repeadily called and e-mailed the FBI. She did eventually speak to someone and make a report. There should be a 302 on record. I later found out, by recognizing CO. O. Martinez when they wheeled me out, for a catscan, that he was the one infront of my door. I realized it was CO W. Santiago behind my bed, inside of the wall, while he was watching me at my undisclosed rehab center. I did this when he kept playing his ringtone, while sitting right behind my bed, at the rehab center. He continued to play his ringtone over and over every time he sat on me at rehab center, in both rooms, to annoy me, and let me know it was him. The next day after the FBI was contacted, the hospital staff came in and they were told it was Debunked, because I was a murderer. To say the least, the hospital staff at the ICU unit, and others, were very upset when they realized that they couldn't make a law suit, after retaining lawyers. One of my nurses was so upset, while cleaning me, she beat me in my ribs and kidny on my right side. She said "some days I have to hurt you." I asked 2 different officers to stay in my room to protect me from being killed. The officers were, case manager Phyars and CO. F. Lopez from CMS. It was CO F. Lopez that actually stayed 16 hours in my room to protect me. CO F. Lopez is a professional and courteous officer, and it should be notted in his personnel file. It is obvious by what is written above, that the MDC personnel and the staff at NYU Langone exhibit "negligence, gross negligence, recklessness, and deliberate indifference with respect to my health and safety. "These personnel were negligently hired, retained and supervised" by their superior officers and administrative personnel. "It was foreseeable that I would sustain serious and permanent bodily injuries, pain and suffering, and loss of enjoyment of life due to MDC and NYU Langone's personnel ignoring my serious and progressive medical condition.

　　　　　　　　　　　Remedy # Ease
　　　　　　　　　　　1074883-F3
　　　　　　　　　　　　　　　F-1

___5/27/21___　　　　　　　　　　　　　　　　　　　_____
　　DATE　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

### Part B– RESPONSE

_____　　　　_____
　　　　　　　　DATE　　　　　　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR　　F-1

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　　　　　　　　　CASE NUMBER: _1083829-F1_

　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _1083829 F-1_

### Part C– RECEIPT

Return to: _____
　　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

_____　　△　　_____
　　　　DATE　　　　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BP-229(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APRIL 1982



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 8, 2021


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : STEPHEN LOCURTO, 58095-053
      BROOKLYN MDC     UNT: I    QTR: I01-601L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1083832-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 8, 2021
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 2: SEE REMARKS.

REMARKS         : BOP DOES NOT INVESTIGATE OUTSIDE ENTITIES


7019 0160 0000 0697 3566

Given to Inmate on
(initials) 5/10/21

BRO-1330.18c
ATTACHMENT I

ATTEMPT AT INFORMAL RESOLUTION
(REQUEST FOR ADMINISTRATIVE REMEDY)

The Federal Bureau of Prisons' Program Statement 1330.18, Administrative Remedy Program, dated January 6, 2014, requires inmates attempt to informally present their complaint to a staff member and allow the staff member to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP-229 (13). If informal resolution is unable to be accomplished, the inmate will be given a BP-229 (13) form.

**TO BE COMPLETED BY INMATE:**

Inmate's Name: Zolurko, Stephen Reg. No: 58095-053 Unit: I A(61)

1. Complaint (be specific, if related to UDC appeal, specify relevant section of Inmate Discipline Policy): Between February 1st-6th, while in the ICU unit at MVH Lancaster and under the protection of the BOP I was mocked by hospital staff, for a betting pool

2. What resolution is requested/expected: Full and complete investigation

**TO BE COMPLETED BY STAFF:**

3. Date/Time Complaint Received from Inmate: ______

4. Date/Time Informally discussed with inmate: ______

5. Staff Response: Allegations of staff misconduct will not be taken lightly. Any staff accused of misconduct will be thoroughly investigated. As the results of the investigation you will not be made aware of due to the Privacy Act of 1974, PS2211812. If you feel that this response does not satisfy you, you are encourage to take the next step in the Administrative Remedy Process.

6. Date Administrative Remedy Provided: ______

7. Informal Resolution was/was not accomplished.

(signature) 58095-053 5/13/21
Inmate's Signature/Register Number Date

Captain Houtz 05-13-2021
Staff Member's Name and Title Date

A. Williams 05-13-2021
Unit Manager's Signature Date

Distribution: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, attach the original informal resolution form to the BP-9, and return them both to unit staff, who will forward to the Administrative Remedy Clerk.

LEAVENWORTH, KANSAS



A-W 6-3-21

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

 C

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **LoCurto, Stephen**    **58095-053**    **IA (61)**    **MDC Bklyn**
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

I am asking for a complete investigation into what happened to me at NYU Langune, while under the protection of the BOP. This BP-9 is timely submitted after the return of prior BP-9 on 6/3/21 Remedy # 1079883-F1 Unit Manager Willams hand delivered and initialed this BP-9 on 6/3/21 (SEE Above) 4 copies of the statement of facts are attached to this BP-9 (prior BP-9 Resubmitted 5/24/21) An investigation is the only way to varify these facts.

6/3/21
——————————
DATE

——————————
SIGNATURE OF REQUESTER

**Part B– RESPONSE**



RECEIVED
JUN 08 2021
BY: 6A

——————————
DATE

——————————
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: **083832-F1**

                                               CASE NUMBER: **083832-F1**

**Part C– RECEIPT**
Return to: ——————————

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | LoCurto, Stephen | 58095-053 | IA (6?) | MDC Brooklyn |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

On February 1st 1st 2nd 2021, while in the ICU unit of NYU Langone and under the protection of the BOP, I was murdered by hospital staff. There was a young spanish man, who I believe gave me my last cat scan and was unauthorized to give me medicine, who kept on injecting something into my IV line. There was a betting pool, with many people in it, on what time I would die. The Asian man, I believe Chinese Scientist, walked in and said ."I need this one." Meaning, he needed money and had to win. While I was laying there, someone kept calling x-ray into my room, to make believe they were taking x-rays, to bother me, while I was being injected with something that would stop my heart. At one point a lady came into my room and said "can anyone tell me why this guy is still alive?" Sometime later the coroner, who had an afro with gray speckled hair, came in. While standing next to my bed, he said "I already logged him in (me) at 2:23 am or there about. He did this so someone could win. I eventually flatlined, but for a short time my eyes, ears and mind still worked, and I hear the sound of the flat line on my heart monitor. I heard someone say "should we move his body". The Asian man, who seemed to be running things said "no leave him there for a while" I was also still aware when the same young spanish man crouched down behind my right shoulder and took pictures of my dead body. I eventually died a short time later. Sometime later that day, I came back to life, and saw LT/CO Dixon and he told me "you're safe now; we're here to protect you" After that everything was good at NYU Langone, that day, the guilty people came in with a different look by changing hair styles, head dress, and wearing different ID's on their uniforms. When the Asian man came in he said "what's going on here," when he looked right at me. He saw me alive and walked out of the ICU unit quickly and came back with a different look. He originally had on a camoflage bandana on his head. He changed that and his haircut and clothes. The head nurse, a Jamaican or west indian women, who was aware of everything, sat outside of my room, to the left side of my door from my end. For some reason she brought in her large son who was walking around the unit looking at me in bed. I would also like to note that there were very nice and professional people that worked at the ICU Unit. It is obvious by what is written above, that the MDC personnel and staff at NYU Langone exhibited "negligence gross negligence, recklessness, and deliberate indifference with respect to my health and safety." These personnel were "negligently hired, reained and supervised by the their superior officers and administrative personnel." It was foreseeable that I would sustain serious and permanent bodily injuries, pain and suffering, and loss of enjoyment of life, due to MDC and NYU Langone's personnel ignoring my serious and progressive medical condition

| 5/27/21 | Remedy # Case 1079887- F4 F1 | [signature] |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1083832 – F1

**Part C– RECEIPT**        CASE NUMBER: 1083832 F1

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN        PRINTED ON RECYCLED PAPER        BP–229(13)
APRIL 1982

8/28/23

23-CV-387

Dear Clerk,

I received the legal mail today giving

permission to Amend my complaint.

It was entered in the Legal mail

book today. Plus I am sending

it out today 8/28/23.   It is suppose

to be posted by 9/1/23 Friday. It

may not make it due to no fault of

my own.                    Please post on

my docket,

Unit 5711

Legal mail Book          Stephen LoCurto #8095-053

Legal mail Box           Prose

  8/28/23