
RECEIVED NOV 24 2025 PRO SE OFFICE

U.S. DISTRICT COURT ★ NOV 24 2025 ★ BROOKLYN OFFICE

SCANNED

11/17/25

Stephen LoCurto #58095-053
USP Beaumont
PO Box 26030
Beaumont Texas 77720

23-CV-387
(DG)   (VMS)

United States District Court
Eastern District of New York
Honorable Diane Gujarati
225 Cadman Plaza East
Brooklyn New York 11201

Plaintiff's Notice of Correction and Legal Material

Dear Judge Gujarati;

I believe I marked the wrong month, on my motion of notice, in which I moved to USP Beaumont. I arrived here Friday 11/7/25. It has been 10 days and I still do not have my legal material/property from MDC Brooklyn. Can you please ask AUSA Gates to help me with this problem.

Thank You,

Stephen LoCurto PRO SE

CC.
AUSA Gates


Legal Mail

LoCurto, #58095-053
USP Beaumont
PO Box 26030
Beaumont Texas 77720

HOUSTON TX RPDC 773
18 NOV 2025 PM 1 L

United States District Court
Eastern District of New York
Honorable Diane Gujarati
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 24 2025
BROOKLYN OFFICE

Legal Mail

11201-183299